UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RIAZ PATRAS, MARYAM PATRAS
and MARK PATRAS

        Plaintiff(s),

v.
CITY OF ANTIOCH, OFFICER DESMOND BITTNER,
SERGEANT MITCH SCHWITTERS, OFFICER W.N.
DILLARD, II, OFFICER STEVEN SOARES, CHIEF OF POLICE
JAMES HYDE

        Defendant(s).

CASE NO. CV09-1891 MMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐ Non-binding Arbitration (ADR L.R. 4)
    ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐ other requested deadline _____

Dated: 7/24/09                                      /s/ Matthew Kumin
                                                                          Attorney for Plaintiff

Dated: 7/24/09                                      /s/ James V. Fitzgerald, III
                                                                           Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other

IT IS SO ORDERED.

Dated: July 28, 2009

*Maxine M. Chesney*

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT