UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIAZ PATRAS, MARYAM PATRAS and MARK PATRAS<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, OFFICER DESMOND BITTNER, SERGEANT MITCH SCHWITTERS, OFFICER W.N. DILLARD II, OFFICER STEVEN SOARES, CHIEF OF POLICE JAMES HYDE, and DOES 1-100<br><br>Defendants. | CASE NO.: CV 09-1891 MMC<br><br>JOINT STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR MEDIATION |

The parties met and discussed mediation with William Hebert, the Court appointed mediator for this matter on August 27, 2009. The parties agree that in order to conduct meaningful settlement discussion, some measure of discovery must be conducted prior to the mediation. Accordingly, both parties agree that it would be in the best interest of the Court and the parties if the deadline for mediation was extended from its current deadline of October 26, 2009, until December 18, 2009.

The parties have discussed future dates for mediation with Mr. Hebert and have agreed on three tentative future dates on which to conduct the mediation.

For the foregoing reasons, and for good cause shown, the parties mutually request that the deadline for mediation in this matter be continued until December 18, 2009.

///
///
///
///
///
///

1 | Dated: 8-31-09

KUMIN SOMMERS LLP
LIPTON & PIPER LLP

_____
Matthew Kumin
Attorney for Plaintiffs
Riaz Patras, Maryam Patras and
Mark Patras

8 | Dated: 8/26/09

McNAMARA, DODGE, NEY,
BEATTY, SLATTERY, PFALZER
BORGES & BROTHERS, LLP

_____
Thomas Beatty
Attorney for Defendants
City of Antioch, Officer Desmond
Bittner, Sergeant Mitch Schwitters,
Officer W.N. Dillard, II, Officer
Steven Soares, Chief of Police James
Hyde

- 3 -

## ORDER

Approved. Good cause having been shown the new mediation deadline shall be moved to December 18, 2009.

IT IS SO ORDERED

DATED: September 3, 2009



MAXINE M. CHESNEY
United States District Judge