JAMES V. FITZGERALD, III, (State Bar No. 55632)
THOMAS G. BEATTY (State Bar No.75794)
NOAH G. BLECHMAN (State Bar No. 197167)
KATE L. PETERSEN (State Bar No. 259119)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, OFFICER DESMOND BITTNER,
SERGEANT MITCH SCHWITTERS, OFFICER W.N. DILLARD, II,
OFFICER STEVEN SOARES, and CHIEF OF POLICE JAMES
HYDE

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIAZ PATRAS, MARYAM PATRAS and MARK PATRAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, OFFICER DESMOND BITTNER, SERGEANT MITCH SCHWITTERS, OFFICER W.N. DILLARD, II, OFFICER STEVEN SOARES, CHIEF OF POLICE JAMES HYDE, and DOES 1-100,<br><br>Defendants. | Case No. Case No. CV09-1891 MMC<br><br>**JOINT STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE DEADLINE FOR ADR** |

The parties hereby stipulate as follows:

All parties to this lawsuit, by and through their respective attorneys, previously set an Early Neutral Evaluation for December 14, 2009, with William Hebert, the court appointed evaluator in this matter. The briefs are due to Mr. Hebert by December 9, 2009.

The trial attorney for the Defendants has a trial that has been set to begin on November 12, 2009. Due to the holiday schedule, the trial is set to continue through early December. Due to the trial conflicts the lead attorney for the Defendant officers will not be able to schedule any depositions prior to the currently set Early Neutral Evaluation.

The parties met and conferred that it would be in the interest of a meaningful Early Neutral Evaluation for some depositions to be completed prior to the Early Neutral Evaluation. Attorneys for the plaintiffs seek to complete the depositions of several Defendant officers prior to the Early Neutral Evaluation.

In addition, with the holiday schedule during December, the parties will need to set the depositions, take the depositions, receive transcripts and review them before submitting briefs to the evaluator.

For the foregoing reasons, all parties agree that it would be in the best interest of the Court and the parties if the deadline for ADR was extended from its current deadline of December 18, 2009, until February 19, 2010. All parties have agreed to three tentative future dates, which have all been discussed with Mr. William Hebert.

For the foregoing reasons, and for good cause shown, the parties mutually request that the deadline for ADR completion in this matter be continued until February 19, 2010.

SO STIPULATED.

Dated: 11/18, 2009

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III / Kate L. Petersen
Attorney for Defendants
CITY OF ANTIOCH, OFFICER DESMOND BITTNER,
SERGEANT MITCH SCHWITTERS, OFFICER W.N.
DILLARD, II, OFFICER STEVEN SOARES, and CHIEF
OF POLICE JAMES HYDE

Dated: Nov 18, 2009

KUMIN SOMMER LLP

By: _____
Matt Kumin / Rory Quintana
Attorney for Plaintiffs
RIAZ PATRAS, MARYAM PATRAS
and MARK PATRAS

## ORDER

THIS COURT hereby finds Good Cause to move the ADR completion deadline to February 19, 2010.

PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

**SO ORDERED.**

DATED: December 1, 2009

_____
THE HONORABLE MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA