IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIAZ PATRAS, MARYAM PATRAS and MARK PATRAS,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF ANTIOCH, et al.,<br><br>   Defendants. | No. C-09-1891MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO CONTINUE TRIAL; ADVANCING DATE OF STATUS CONFERENCE** |

   Before the Court is the parties' Stipulation, filed March 29, 2010, to continue the trial date in the above-titled action from August 9, 2010 to November 29, 2010, and to extend the pretrial deadlines and other pretrial dates in accordance therewith.  In support of their Stipulation, the parties assert they have encountered discovery delays necessitated by the pendency of certain matters in another case proceeding in this District.

   Given the parties' uncertainty as to when those matters will be resolved, and given this Court's current trial calendar for the months of October and November 2010, the Stipulation is hereby DENIED without prejudice, and the Status Conference presently scheduled for May 14, 2010 is hereby ADVANCED to April 16, 2010, at which time the Court will consider any further showing by the parties as well as any joint proposal for alternative trial dates.

   **IT IS SO ORDERED.**

Dated: March 31, 2010

_____
MAXINE M. CHESNEY
United States District Judge