IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIAZ PATRAS, | No. C-09-1891 MMC |
|     Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' ADMINISTRATIVE REQUEST FOR ASSIGNMENT TO DISCOVERY MAGISTRATE** |
| v. | |
| CITY OF ANTIOCH, et al., | |
|     Defendants. | |

Before the Court is plaintiffs' Administrative Request for Assignment to a Discovery Magistrate, filed June 1, 2010.[1] Having read and considered the Request, the Court rules as follows.

Because a discovery motion has not been filed by any party, the Request is hereby DENIED without prejudice. In the event that a discovery motion is filed, the Court will refer

---

[1] Plaintiffs did not provide the Court with a chambers copy of the Request. Although the Court has exercised its discretion to consider the Request, plaintiffs, for future reference, are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'

the matter to a magistrate judge at that time.[2]

Upon any such referral, the assigned magistrate judge will advise the parties of the date, time, and nature of any further proceedings.

**IT IS SO ORDERED.**

Dated:  June 11, 2010

_____
MAXINE M. CHESNEY
United States District Judge

---

[2] It is not the practice of the Court to refer discovery matters to a particular magistrate judge; rather, the Clerk assigns such matters on a random basis.