IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RIAZ PATRAS, et al,

    Plaintiffs,

v.

CITY OF ANTIOCH, et al,

    Defendants.

No. C 09-1891 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION TO COMPEL**

    Pursuant to Civil Local Rule 72-1, plaintiffs Riaz Patras, Maryam Patras, and Mark Patras' Motion to Compel, filed June 21, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers. The July 30, 2010 hearing date before the undersigned is vacated.

    **IT IS SO ORDERED**.

Dated: June 22, 2009

MAXINE M. CHESNEY
United States District Judge