MATTHEW KUMIN (State Bar # 177561)
KUMIN SOMMERS LLP
870 Market Street, Suite 1154
San Francisco, CA 94102
Te.: 415-434-4500
Fax: 415-343-8453

ARTHUR LIPTON (State Bar # 74710)
LIPTON & PIPER LLP
Flood Building – Suite 945
870 Market Street
San Francisco, CA 94102
Tel.: 415-362-6286
Fax: 415-362-6819

Attorneys for Plaintiffs
RIAZ PATRAS, MARYAM PATRAS, MARK PATRAS

JAMES V. FITZGERALD, III (State Bar No. 55632)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH, DESMOND BITTNER,
MITCHELL SCHWITTERS, W.N. DILLARD, II,
STEVEN SOARES, CHIEF JAMES HYDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIZA PATRAS, MARYAM PATRAS and MARK PATRAS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF ANTIOCH, OFFICER DESMOND BITTNER, SERGEANT MITCH SCHWITTERS, OFFICER W.N. DILLARD, II, OFFICER STEVEN SOARES, CHIEF OF POLICE JAMES HYDE, and DOES 1-100,<br><br>　　　　Defendants. | Case No. C09-1891 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE, PER FRCP 41(a)(1)** |

C09-1891 MMC - STIPULATION AND ORDER
DISMISSING THE ACTION

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs RIAZ PATRAS, MARYAM PATRAS and MARK PATRAS and Defendants CITY OF ANTIOCH, DESMOND BITTNER, MITCHELL SCHWITTERS, W.N. DILLARD, II, STEVEN SOARES, CHIEF JAMES HYDE, through their attorneys, that the Plaintiffs' above-captioned action is hereby dismissed WITH PREJUDICE in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: September 17, 2010        By: _____
                                 Matthew Kumin
                                 Attorney for Plaintiffs

Dated: September 20, 2010        By: _____
                                 Jonathan Piper
                                 Attorney for Plaintiffs

Dated: September 26, 2010        By: _____
                                 James V. Fitzgerald, III
                                 Attorney for Defendants

## ORDER

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERD THAT: Good cause appearing, the above-captioned action is hereby dismissed WITH PREJUDICE in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: September 22, 2010        _____
                                 Honorable Maxine M. Chesney
                                 United States District Court Judge

C09-1891 MMC - STIPULATION AND ORDER          2
DISMISSING THE ACTION